THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CHIDDICK, Appellant.
Submitted October 2, 2006; decided October 17, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.